AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

HAILEE B.,

      Plaintiff

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,

      Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00029-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

October 5, 2023

*Date*

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge